ACCEPTED
15-25-00040-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/5/2025 2:39 PM
CHRISTOPHER A. PRINE
CLERK

## No. 15-25-00040-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/5/2025 2:39:47 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS FOR THE FIFTEENTH DISTRICT OF TEXAS
AUSTIN, TEXAS

# DISRAELI ARNOLD
# (ON BEHALF OF FATHER CURTIS ARNOLD, JUNIOR AND DAUGHTER FAITH ARNOLD OF THE DECEASED),

*Appellants,*

v.

# SHERIFF MIKE GRIFFIS, ECTOR COUNTY SHERIFF'S OFFICE, NURSE ROBIN MCCULLOUGH AND NURSE SHELLY JAMES,

*Appellees.*

ON APPEAL FROM THE 70TH JUDICIAL DISTRICT COURT
OF ECTOR COUNTY, TEXAS – CAUSE NO. A24101194CV-A

# MOTION TO DISMISS FOR LACK OF JURISDICTION

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Appellees Sheriff Mike Griffis, Ector County Sheriff's Office, Nurse Robin McCullough, and Nurse Shelly James ("Appellees") file this Motion to Dismiss for Lack of Jurisdiction.

1. Appellants filed this suit against Appellees, and others, alleging a cause of action under the Texas Tort Claims Act (which is a proceeding brought under Chapter 101 of the Civil Practice and Remedies Code), and a suit for personal injury or wrongful death. *See* Appellants' Docketing Statement.

2. On March 31, 2025, the trial court entered its "Order on Ector County Defendants' Plea to the Jurisdiction and Motion for Summary Judgment."

3. Thereafter, on April 4, 2025, Appellants filed a notice of interlocutory appeal to the Fifteenth Court of Appeals.

4. In this Court's letter to the parties dated April 8, 2025, the Court noted that the Fifteenth Court has intermediate appellate jurisdiction of "certain appeals as defined in Section 22.220(d) of the Texas Government Code." However, Section 22.220(d) expressly excludes from the Court's jurisdiction proceedings "brought under Chapter 101, Civil Practice and Remedies Code" and claims "for personal injury or wrongful death." *See* Tex. Gov't Code § 22.220(d)(1) (G) and (H). Therefore, this appeal is not subject to this Court's jurisdiction.

5. In its April 8 letter, the Court requested "that the parties confer and advise this Court by motion if [they] believe [the] appeal is not subject to this Court's jurisdiction." The parties have conferred and agreed this this Court lacks jurisdiction and this appeal was inappropriately filed in this Court. *See Kelly v. Homminga*, 706 S.W.3d 829, 833 (Tex. 2025).

6.    Appellees request that this appeal be dismissed.

7.    Alternatively, Appellants have advised counsel that they intend to file a motion to transfer to the Eleventh Court of Appeals in Eastland, Texas pursuant to Tex. R. Civ. P. 27.  Appellees have no objection to a transfer to that Court.

WHEREFORE, Appellees request the Court to dismiss this appeal for lack of jurisdiction, awarding Appellees costs of court and such other and further relief to which they may be entitled.

Respectfully submitted,

*/s/ Steven C. Kiser*
Steven C. Kiser
State Bar No. 11538550
skiser@lcalawfirm.com
Randall L. Rouse
State Bar No. 17324300
rrouse@lcalawfirm.com
**Lynch, Chappell & Alsup, P. C.**
300 North Marienfeld, Suite 700
Midland, Texas 79701
(432) 683-3351
(432) 683-2587 Fax

Attorneys for Appellees

## Certificate of Service

I hereby certify that on this 5th day of May 2023, the foregoing motion was served upon Appellant (cantstopdiz@gmail.com) pursuant to Tex. R. Civ. P. 21a and was electronically filed with the Clerk of the Court via the Court's electronic filing system.

*/s/ Steven C. Kiser*
Steven C. Kiser

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Steven Kiser on behalf of Steven Kiser
Bar No. 11538550
skiser@lcalawfirm.com
Envelope ID: 100447821
Filing Code Description: Motion
Filing Description: Motion to Dismiss
Status as of 5/5/2025 2:50 PM CST

Associated Case Party: ShellyJames

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Steven Kiser | 11538550 | skiser@lcalawfirm.com | 5/5/2025 2:39:47 PM | SENT |
| Randall Rouse | 17324300 | rrouse@lcalawfirm.com | 5/5/2025 2:39:47 PM | SENT |
| Veronica Armendariz | | VArmendariz@lcalawfirm.com | 5/5/2025 2:39:47 PM | SENT |

Associated Case Party: Disraeli Arnold

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Disraeli Arnold | | Cantstopdiz@gmail.com | 5/5/2025 2:39:47 PM | SENT |